# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN

**DATE:** June 4, 2020

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**

**DOCKET NO.:** 1:20-mj-5557-KMW-1

UNITED STATES OF AMERICA

VS.

CARLOS MATCHETT

**DEFENDANT PRESENT**

**APPEARANCES:**

GABRIEL VIDONI, ESQ. – AUSA FOR GOVERNMENT
MAGGIE MOY, ESQ. – AFPD FOR DEFENDANT

**OTHER:**

WAYNE WEBB – U.S. PRETRIAL OFFICER

**NATURE OF PROCEEDINGS:**   Initial Appearance on Complaint by Videoconference

Defendant advised of rights, charges and penalties, including Padilla.
Defendant consents to this Initial Appearance by video.  Order to be entered.
Hearing on application of defendant for appointment of counsel.
Financial Affidavit executed and filed.  Ordered application granted.
Ordered Maggie Moy, AFPD appointed for defendant.
Defendant waives formal reading of the complaint.  Waiver executed.
Defendant waives preliminary hearing on the record.  Waiver executed.
Hearing on Government's application for detention.
Hearing on Defendant's application for continuance pending detention hearing.  Ordered application granted.
Ordered defendant detained pending Detention Hearing to be held on June 9 2020 at 1:00 p.m. by videoconference.
Ordered defendant remanded to the custody of the U.S. Marshal.
Orders to be entered.

*s/ Nicole Ramos*
**DEPUTY CLERK**

TIME COMMENCED:   3:14        TIME ADJOURNED:   3:27        TOTAL TIME:   13   Minutes