UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In the matter of: | : | |
| | : | |
| CARLOS MATCHETT | : | ORDER |
| | : | |
| | : | Case #: 20-mj-5557-KMW-1 |
| | : | |

The financial inability of the defendant to retain counsel having been

established by the Court, and the defendant not having waived the appointment

of counsel,

IT IS on this 4th day of June, 2020, hereby

ORDERED that the Federal Public Defender for the District of New Jersey,

(Maggie Moy, AFPD) is hereby appointed to represent said defendant

in this case until further order of the Court.

_____
JUDGE KAREN M. WILLIAMS
UNITED STATES MAGISTRATE JUDGE

cc:  Federal Public Defender