# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN  **DATE:** June 9, 2020

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**  **DOCKET NO.:** 1:20-mj-5557-KMW-1

UNITED STATES OF AMERICA

VS.

CARLOS MATCHETT

**DEFENDANT PRESENT**

**APPEARANCES:**

GABRIEL VIDONI, ESQ. – AUSA FOR GOVERNMENT
MAGGIE MOY, ESQ. – AFPD FOR DEFENDANT

**OTHER:**

WAYNE WEBB – U.S. PRETRIAL OFFICER
GARY PETTIFORD - U.S. PRETRIAL OFFICER

**NATURE OF PROCEEDINGS:** Detention Hearing by Videoconference

Defendant advised of rights.
Defendant consents to Detention Hearing by video conference. Order to be entered.
Hearing on Government's application for detention on grounds of danger to community.
Hearing on Defendant's application for continuance pending independent mental health evaluation.
Ordered Defendant's application denied without prejudice.
Ordered Defendant detained pending any further application by defendant.
Ordered Defendant remanded to the custody of the U.S. Marshal.
Order of Detention to be entered.

*s/ Nicole Ramos*
**DEPUTY CLERK**

TIME COMMENCED:  1:18      TIME ADJOURNED:  2:06      TOTAL TIME:  48 Minutes